BEFORE THE SECOND DIVISION, MAY 28, 1968

**No. P68/252.**—Sims-Worms, Incorporated *v.* United States, protests 63/17225, etc. (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof

twill back cotton velveteen cloth, which is similar in all material respects, including waterproofing, to the velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.